DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OWEN WILLIAMS** and **MAUREEN WILLIAMS,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, YASMIN POTTINGER, SILVERLAKES COMMUNITY ASSOCIATION, INC., MARINA POINTE RECREATION ASSOCIATION, INC., UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA,** and **BEV. A THOMPSON-INGLETON** a/k/a **BEVERLY A. THOMPSON-INGELTON,**
Appellees.

No. 4D2025-0150

[June 3, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Gary Michael Farmer, Jr., Judge; L.T. Case No. 062022CA015767AXXXCE.

Ian Ricardo Aird of Law Office of Ian Aird, P.A., Pembroke Pines, for appellants.

Richard Slaughter McIver and Joseph Gerard Paggi, III of Kass Shuler, P.A., Tampa, for appellee U.S. Bank National Association as Trustee for the RMAC Trust, Series 2016-CTT.

PER CURIAM.

Appellants challenge the trial court's entry of the amended final judgment of foreclosure in favor of appellees, as well as a separate order denying appellants' renewed Florida Rule of Civil Procedure 1.540(b) motion to vacate final judgment of foreclosure. We affirm the amended final judgment of foreclosure and dismiss the appeal of the order denying appellants' renewed rule 1.540(b) motion. The appeal of the order denying appellants' renewed rule 1.540(b) motion is not timely; therefore, we lack jurisdiction to consider that appeal. *See Fletcher-Johnson v. Johnson,* 423 So. 3d 420, 421 (Fla. 4th DCA 2025) ("An order denying a motion to vacate is separate from the final judgment and is appealable separately."); *Ortiz v. U.S. Bank Tr. Nat'l Ass'n,* 393 So. 3d 264, 266 (Fla. 2d DCA 2024)

("Because [Appellant] did not appeal the final judgment or the order denying his first motion to vacate within thirty days of their rendition, we dismiss the untimely appeal of the final judgment and the order for lack of jurisdiction.").

*Affirmed in part, dismissed in part.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

*     *     *

***Not final until disposition of timely-filed motion for rehearing.***